In the Matter of the BOOKS OF REGISTRY OF THE FIRST ELECTION DISTRICT OF THE FOURTEENTH WARD IN THE CITY OF ALBANY for the Election to Be Held on November 7, 1933.

JAMES S. SKINNER et al., Appellants; ELIZABETH HANIFAN et al., Respondents.

(Argued November 2, 1933; decided November 2, 1933.)

*Frank L. Wiswall* and *Borden H. Mills* for appellants.
*Robert E. Whalen* and *Charles J. Duncan* for respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.